AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS H. HAGLOF<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:20-mj-5152 NAB<br>)<br>) *SIGNED AND SUBMITTED TO THE COURT FOR*<br>) *FILING BY RELIABLE ELECTRONIC MEANS*<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/10/2019 to 07/31/2020__ in the county of __St. Louis & Jefferson County__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2252A(a)(2) and 18 U.S.C. Section 2252A(a)(5) | Receipt of Child Pornography and Accessing with intent to View Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*I state under the penalty of perjury that the foregoing is true and correct.*

*Det. Stoehner 3932*
*Complainant's signature*

Stephanie Stoehner, TFO, FBI
*Printed name and title*

*Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.*

Sworn to before me and signed in my presence.

Date: __08/01/2020__

*Judge's signature*

City and state: __St. Louis, Missouri__

Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*